UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL CONFERENCE MINUTE ORDER

| **Date:** 3/2/16 | **Time:** 1:45-2:08 | **Judge:** DONNA M. RYU |
|---|---|---|
| **Case No.:** 4:15-cv-04973-DMR | **Case Name:** I.A., et al v. City of Emeryville, et al | |

**For Plaintiffs:** Dan Siegel and Emilyrose Johns
**For Defendants:** Dale Allen, Jr.

**Deputy Clerk:** Ivy Lerma Garcia          **FTR:** 1:45-2:08

PROCEEDINGS

Initial Case Management Conference held.
[X]   No new parties may be added.
[X]   Parties shall resolve the issue of the participation of non-appearing heir Defendants **within 90 days.** Any brief on this issue must be filed **within 45 days.**
[X]   Parties shall meet and confer re: case management schedule. **By no later than 3/4/2016**, the parties shall file a joint proposed schedule re: fact discovery, expert disclosure, rebuttal expert disclosure and expert discovery cut-off dates in accordance with the parameters discussed by the Court during the initial case management conference (5/15/2017 trial date; 5/13/2017 pretrial conference; and 2/23/2017 last day to hear dispositive motions).

**REFERRALS:**

[X]   This case is referred to Magistrate Judge Joseph C. Spero to conduct a Settlement Conference which shall be held **within 150 days**, or as soon thereafter as is convenient to the Magistrate Judge Spero's calendar.

**COURT SET THE FOLLOWING DATES:**
   Further Case Management Conference:  6/29/2016 at 1:30 p.m.
   Updated Joint Case Management Conference Statement due by:  6/22/2016
   Jury Trial: 5/15/2017 at 9:00 a.m.   (estimated length:  3 weeks)
   Pretrial Conference: 5/3/2017 at 3:00 p.m.
   Last Day to hear dispositive motions:   2/23/2017 at 11:00 a.m.

**Case Management and Pretrial Order to be prepared by:**
[ ]   Plaintiff          [ ]   Defendant          [X]   Court

cc:  Chambers; CAND MagRef/CAND/09/USCOURTS