DALE L. ALLEN, JR., State Bar No. 145279
dallen@aghwlaw.com
KEVIN P. ALLEN, State Bar No. 252290
kallen@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 697-2000
Facsimile: (415) 813-2045

Attorneys for Defendants
CITY OF EMERYVILLE; MICHELLE SHEPHERD; and
WARREN WILLIAMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.A. and C.S., the minor children of YUVETTE HENDERSON, deceased, by CRAIG SALMOND, as guardian ad litem, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF EMERYVILLE; MICHELLE SHEPHERD, individually and in her official capacity as a police officer for the City of Emeryville; and WARREN WILLIAMS, individually and in his official capacity as a police officer for the City of Emeryville; JACORA HENDERSON; DENISE HENDERSON; JOSHUA Last Name Unknown; and SHEREE Last Name Unknown, <br><br> Defendants. | Case No.: 4:15-cv-04973-DMR <br><br> **STIPULATION REGARDINGF PRE-TRIAL DEADLINES; [PROPOSED] ORDER** <br><br> Hon. Donna M. Ryu |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Court's order in Docket No. 33, the parties have met-and-conferred and submit this joint, proposed scheduling order regarding certain case deadlines.

The parties hereby stipulate as follows, through their attorneys of record:

1. Close of fact discovery: December 13, 2016;

2. Expert disclosure: December 13, 2016;

86465.1

3. Disclosure of rebuttal expert: December 27, 2016; and

4. Close of expert discovery: January 10, 2017

Respectfully submitted,

Dated: March 4, 2016                    SIEGEL & YEE

By: */s/ EmilyRose Johns*
DAN SIEGEL
EMILYROSE JOHNS
Attorneys for Plaintiffs
I.A., et al.

Respectfully submitted,

Dated: March 4, 2016                    ALLEN, GLAESSNER,
HAZELWOOD & WERTH, LLP

By: */s/ Kevin P. Allen*
DALE L. ALLEN, JR.
KEVIN P. ALLEN
Attorneys for Defendants
CITY OF EMERYVILLE; MICHELLE
SHEPHERD; and WARREN WILLIAMS

**IT IS SO ORDERED.**

**DONNA M. RYU**
**UNITED STATES MAGISTRATE JUDGE**