# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### CHIEF MAGISTRATE JUDGE JOSEPH C. SPERO

## CIVIL MINUTES

**Case No.**: 15-cv-04973-DMR (JCS)

**Case Name:** I.A. v. City of Emeryville

**Date:** March 28, 2017      **Time:** 4 H

**Deputy Clerk:** Karen Hom      **Court Reporter:** FTR 1:14-1:20

**Attorney for Plaintiff:** Dan Siegel, Emily Rose Johns
**Attorney for Defendant:** Dale Allen, Kevin Allen

## PROCEEDINGS

( )    Settlement Conference

        ( ) Case Settled    ( ) Case Did Not Settle    ( ) Partial Settlement

(X)    Further Settlement Conference - Held

        (X) Case Settled    ( ) Case Did Not Settle    ( ) Partial Settlement

( )    Telephonic Scheduling/Settlement Conference

( )    Discovery Conference – Lead Trial Counsel Meet and Confer

( )    Status Conference

( )    Other

**Notes:** Settlement placed on the record. Settlement is subject to approval by the BCJPIA Board. Plaintiff parties: Craig Salmond, Guardian ad Litem for minors C.S. and I.A. Denise Henderson (via phone).
Defendant parties: Craig Wheaton, Sr. Litigation Mgr. Dft Officer Warren Williams. Michael Guina, City Attorney for City of Emeryville.

**cc:**